1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  MJ13-247 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| JUAN DURAN-HERNANDEZ, | |
| Defendant. | |

Offenses charged:

Illegal Reentry After Deportation in violation of 8 U.S.C. § 1326(a)

Date of Detention Hearing: May 14, 2013

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)     Defendant is a citizen of Mexico.

(2)     An immigration detainer has been placed on defendant by the United States

Immigration and Customs Enforcement.

(3)     Defendant has stipulated to detention, due to the immigration detainer lodged

against her, but reserves the right to contest her continued detention if there is a change in

circumstances.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained and shall be committed to the custody of the

Attorney General for confinement in a correction facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody

pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(3)     On order of a court of the United States or on request of an attorney for the

government, the person in charge of the corrections facility in which defendant

is confined shall deliver the defendant to a United States Marshal for the

purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States

Pretrial Services Officer.

DATED this 14th day of May, 2013.

_James P. Donohue_

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2